AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. <br> *Plaintiff(s)* <br> v. <br> AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.    19-cv-2520 −NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AVANCI, LLC
C/o The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    19-cv-2520 −NC |
| AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC | ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    AVANCI PLATFORM INTERNATIONAL LIMITED
    Unit 40, The Park, Carrickmines
    The Hyde Building
    Dublin 18, Ireland

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Susie F. Barrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.      19-cv-2520 −NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    NOKIA CORPORATION
    Karaportti 3
    02610 Espoo, Finland.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                         _____
                                                              *Printed name and title*

                                                         _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.    19-cv-2520 −NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    NOKIA OF AMERICA CORPORATION
    C/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   5/10/2019

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.     19-cv-2520 -NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   NOKIA SOLUTIONS AND NETWORKS US LLC
   C/o Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:     5/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.    19-cv-2520 -NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  NOKIA SOLUTIONS AND NETWORKS OY
  Karaportti 3
  02610 Espoo, Finland.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                               *Server's signature*

                                         _____
                                                            *Printed name and title*

                                         _____
                                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>CONTINENTAL AUTOMOTIVE SYSTEMS, INC.<br><i>Plaintiff(s)</i><br><br>v.<br><br>AVANCI, LLC, AVANCI PLATFORM<br>INTERNATIONAL LIMITED, NOKIA<br>CORPORATION, NOKIA OF AMERICA<br>CORPORATION, NOKIA SOLUTIONS AND<br>NETWORKS US LLC, NOKIA SOLUTIONS AND<br>NETWORKS OY, NOKIA TECHNOLOGIES OY,<br>CONVERSANT WIRELESS LICENSING SARL,<br>OPTIS UP HOLDINGS LLC, OPTIS CELLULAR<br>TECHNOLOGY, LLC, OPTIS WIRELESS<br>TECHNOLOGY, LLC<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.      19-cv-2520 –NC</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: <i>(Defendant's name and address)</i>
   NOKIA TECHNOLOGIES OY
   Karaportti 3
   02610 Espoo, Finland.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<i>CLERK OF COURT</i>
<i>Susan Y. Soong</i>

Date:   5/10/2019

<i>Signature of Clerk or Deputy Clerk</i>

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | ) |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.    19-cv-2520 -NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      CONVERSANT WIRELESS LICENSING SARL
      12 Rue Jean Engling
      1466 Luxembourg

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Susie F. Barrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    19-cv-2520 −NC |
| AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC | ) ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OPTIS UP HOLDINGS LLC
C/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington DE, 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    5/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. <br> *Plaintiff(s)* <br> v. <br> AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.    19-cv-2520 –NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   OPTIS CELLULAR TECHNOLOGY LLC
   C/o The Corporation Trust Company
   Corporation Trust Center, 1209 Orange Street
   Wilmington DE, 19801

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                     *CLERK OF COURT*
                                                     *Susan Y. Soong*

Date:    5/10/2019                                   *Susie F. Barrera*
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                   _____
                                                        *Printed name and title*

                                                   _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AVANCI, LLC, AVANCI PLATFORM | ) |
| INTERNATIONAL LIMITED, NOKIA | ) |
| CORPORATION, NOKIA OF AMERICA | ) |
| CORPORATION, NOKIA SOLUTIONS AND | ) |
| NETWORKS US LLC, NOKIA SOLUTIONS AND | ) |
| NETWORKS OY, NOKIA TECHNOLOGIES OY, | ) |
| CONVERSANT WIRELESS LICENSING SARL, | ) |
| OPTIS UP HOLDINGS LLC, OPTIS CELLULAR | ) |
| TECHNOLOGY, LLC, OPTIS WIRELESS | |
| TECHNOLOGY, LLC | |
| *Defendant(s)* | |

Civil Action No.     19-cv-2520 –NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OPTIS WIRELESS TECHNOLOGY LLC
C/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY; skorniczky@sheppardmullin.com
MARTIN R. BADER; mbader@sheppardmullin.com
12275 El Camino Real, Suite 200, San Diego, California 92130
Telephone: 858.720.8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   5/10/2019

*Susie F. Barrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: