| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858-720-8900 | | FOR COURT USE ONLY |
|---|---|---|---|
| Stephen S. Korniczky (SBN 135532) <br> Sheppard, Mullin, Richter & Hampton, LLP <br> 12275 El Camino Real, Suite 200 <br> San Diego, CA 92130 | | | |
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc. | Ref. No. or File No. <br> 64DR-285202 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

DEFENDANT
AVANCI, LLC, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 19-cv-2520-NC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SEE ATTACHED LIST OF DOCUMENTS SERVED

ON: NOKIA OF AMERICA CORPORATION
AT: 251 Little Falls Drive
    Wilmington, DE 91808

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019 2:30:00 PM
PERSON SERVED: Lynanne Gares - Person Authorized to Accept

FEE FOR SERVICE: $225.00

Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: _____
Darryl Wooding

PROOF OF SERVICE

521631

# United States District Court, Northern District of California
## Northern District of California
### CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
### 19-cv-2520-NC

521631

SUMMONS IN A CIVIL ACTION

COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS

CIVIL COVER SHEET

PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 858-720-8900 | | FOR COURT USE ONLY |
|---|---|---|
| Stephen S. Korniczky (SBN 135532) <br> Sheppard, Mullin, Richter & Hampton, LLP <br> 12275 El Camino Real, Suite 200 <br> San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc. | Ref. No. or File No. <br> 64DR-285202 | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Northern District of California <br> Northern District of California <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | | |

| PLAINTIFF: <br> CONTINENTAL AUTOMOTIVE SYSTEMS, INC. |
|---|
| DEFENDANT <br> AVANCI, LLC, et al |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 19-cv-2520-NC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: NOKIA SOLUTIONS AND NETWORKS US LLC
AT: 251 Little Falls Drive
Wilmington, DE 19808

**MANNER OF SERVICE: In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019 2:30:00 PM
PERSON SERVED: Lynanne Gares - Person Authorized to Accept

FEE FOR SERVICE: $225.00

**Not a Registered California Process Server**
County:
**Registration No.**
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: _Darryl Wooding_

**PROOF OF SERVICE**

521632

United States District Court, Northern District of California
Northern District of California
CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
19-cv-2520-NC

521632

SUMMONS IN A CIVIL ACTION

COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS

CIVIL COVER SHEET

PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 858-720-8900 | | FOR COURT USE ONLY |
|---|---|---|
| Stephen S. Korniczky (SBN 135532) <br> Sheppard, Mullin, Richter & Hampton, LLP <br> 12275 El Camino Real, Suite 200 <br> San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc. | Ref. No. or File No. <br> 64DR-285202 | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Northern District of California <br> Northern District of California <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | | |
| PLAINTIFF: <br> CONTINENTAL AUTOMOTIVE SYSTEMS, INC. | | |
| DEFENDANT <br> AVANCI, LLC, et al | | |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 19-cv-2520-NC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: OPTIS CELLULAR TECHNOLOGY

AT: 1209 Orange Street
Wilmington, DE 19801

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019 1:15:00 PM

PERSON SERVED: Amy McLaren - Person Authorized to Accept

FEE FOR SERVICE: $225.00

Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: *Alexander Tomasso*

# United States District Court, Northern District of California
## Northern District of California
### CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
### 19-cv-2520-NC

521633

**SUMMONS IN A CIVIL ACTION**

**COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS**

**CIVIL COVER SHEET**

**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**

**STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 858-720-8900 <br> Stephen S. Korniczky (SBN 135532) <br> Sheppard, Mullin, Richter & Hampton, LLP <br> 12275 El Camino Real, Suite 200 <br> San Diego, CA 92130 | | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc. | Ref. No. or File No. <br> 64DR-285202 | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Northern District of California <br> Northern District of California <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | | |

| PLAINTIFF: CONTINENTAL AUTOMOTIVE SYSTEMS, INC. |
|---|
| DEFENDANT: AVANCI, LLC, et al |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER 19-cv-2520-NC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: OPTIS UP HOLDINGS, LLC
AT: 1209 Ornage Street
     Wilmington, DE 19801

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019  1:15:00 PM
PERSON SERVED:   Amy McLaren - Person Authorized to Accept

FEE FOR SERVICE: $225.00

Not a Registered California Process Server
County:
**Registration No.**
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: _Alexander Tomasso_

PROOF OF SERVICE

521634

# United States District Court, Northern District of California
# Northern District of California
## CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
## 19-cv-2520-NC

521634

SUMMONS IN A CIVIL ACTION

COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS

CIVIL COVER SHEET

PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 858-720-8900 | FOR COURT USE ONLY |
|---|---|
| Stephen S. Korniczky (SBN 135532) <br> Sheppard, Mullin, Richter & Hampton, LLP <br> 12275 El Camino Real, Suite 200 <br> San Diego, CA 92130 | |
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc.    Ref. No. or File No.    64DR-285202 | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Northern District of California <br> Northern District of California <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | |

| PLAINTIFF: |
|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC. |

| DEFENDANT |
|---|
| AVANCI, LLC, et al |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | 19-cv-2520-NC |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: OPTIS WIRELESS TECHNOLOGY, LLC

AT: 1209 Orange Street
Wilmington, DE 19801

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019 1:15:00 PM
PERSON SERVED: Amy McLaren - Person Authorized to Accept

FEE FOR SERVICE: $225.00

**Not a Registered California Process Server**
County:
**Registration No.**
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: _Alexander Tomasso_

**PROOF OF SERVICE**     521635

# United States District Court, Northern District of California
## Northern District of California
### CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
### 19-cv-2520-NC

521635

**SUMMONS IN A CIVIL ACTION**

**COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS**

**CIVIL COVER SHEET**

**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**

**STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858-720-8900 | FOR COURT USE ONLY |
|---|---|---|
| Stephen S. Korniczky (SBN 135532)<br>Sheppard, Mullin, Richter & Hampton, LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Continental Automotive Systems, Inc. | Ref. No. or File No.<br>64DR-285202 | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

DEFENDANT
AVANCI, LLC, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>19-cv-2520-NC |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

**SEE ATTACHED LIST OF DOCUMENTS SERVED**

ON: AVANCI, LLC
AT: 1209 Orange Street
Wilmington, DE 19801

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 5/13/2019 1:15:00 PM
PERSON SERVED: Amy McLaren - Person Authorized to Accept

FEE FOR SERVICE: $225.00

**Not a Registered California Process Server**
County:
**Registration No.**
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, May 28, 2019**

Signature: _/s/ Alexander Tomasso_

**PROOF OF SERVICE**

521636

# United States District Court, Northern District of California
## Northern District of California
## CONTINENTAL AUTOMOTIVE SYSTEMS, INC. vs. AVANCI, LLC, et al
## 19-cv-2520-NC

521636

**SUMMONS IN A CIVIL ACTION**

**COMPLAINT FOR BREACH OF FRAND COMMITMENTS AND VIOLATIONS OF ANTITRUST AND UNFAIR COMPETITION LAWS**

**CIVIL COVER SHEET**

**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**

**STANDING FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS**