Stephen S. Korniczky (Cal. Bar No. 135532)
Martin R. Bader  (Cal. Bar No. 222865)
Matthew W. Holder (Cal. Bar No. 217619)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858.720.8900
Facsimile: 858.509.3691
E-mail: skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
mholder@sheppardmullin.com

*Attorneys for Plaintiff*
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

Ryan W. Koppelman (Cal. Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:  650-838-2000
Facsimile:  650-838-2001
E-mail:  ryan.koppelman@alston.com

*Attorneys for Defendants*
NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC,<br><br>             Defendants. | Case No. 19-cv-2520-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

1 WHEREAS, Defendants Nokia Solutions and Networks US LLC[1] and Nokia of America Corporation are Delaware corporations, were served on May 13, 2019, and their responses to the complaint are due on June 3, 2019.

WHEREAS, Defendants Nokia Corporation, Nokia Solutions and Networks OY, and Nokia Technologies OY are Finnish entities, and agree to accept service via its U.S. Counsel, Ryan W. Koppelman, of Alston & Bird LLP, for this litigation.

WHEREAS, in exchange for U.S. counsel agreeing to accept service on behalf of the Finnish Nokia entities, Plaintiff Continental Automotive Systems, Inc. ("Continental") has agreed to provide additional time for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy (collectively, the "Nokia Defendants") to respond to the complaint.

Therefore, pursuant to Civil L.R. 6-1(a), Continental and the Nokia Defendants stipulate to extend time for the Nokia Defendants to respond to the initial complaint by 60 days, to August 2, 2019.

This is the Nokia Defendants' first request to extend time to respond to the Complaint. No prior stipulations or extensions have been entered. No further extensions to respond to the Complaint will be sought by the Nokia Defendants absent good cause. This extension of time does not impact any dates previously set by the Court.

---

[1] Nokia Solutions and Networks US LLC was merged with and into Alcatel-Lucent USA Inc., effective January 1, 2018. Alcatel-Lucent USA Inc. then changed its name to Nokia of America Corporation, also effective January 1, 2018. Accordingly, Nokia Solutions and Networks US LLC is no longer a corporate entity and in entering into this Stipulation, Nokia does not concede that Nokia Solutions and Networks US LLC was properly served. The parties reserve their rights to address this issue at a later date.

| | | |
|---|---|---|
| 1 | DATED:  June 1, 2019 | ALSTON & BIRD LLP |
| 2 | | |
| 3 | | /s/   Ryan W. Koppelman |
| | | Ryan W. Koppelman (State Bar No. 290704) |
| | | ALSTON & BIRD LLP |
| 4 | | 1950 University Avenue, 5th Floor |
| | | East Palo Alto, CA 94303 |
| 5 | | Telephone:  650-838-2000 |
| | | Facsimile:  650-838-2001 |
| 6 | | E-mail:  ryan.koppelman@alston.com |

*Attorneys for Defendants*
NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY

DATED:  June 1, 2019          SHEPPARD MULLIN LLP

/s/   Stephen S. Korniczky
Stephen S. Korniczky (Cal. Bar No. 135532)
Martin R. Bader  (Cal. Bar No. 222865)
Matthew W. Holder (Cal. Bar No. 217619)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858.720.8900
Facsimile: 858.509.3691
E-mail: skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
mholder@sheppardmullin.com

Michael W. Scarborough (Cal. Bar No. 203524)
Mona Solouki (Cal. Bar No. 215145)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Facsimile: 415.434.3947
E-mail mscarborough@sheppardmullin.com
msolouki@sheppardmullin.com

*Attorneys for Plaintiff*
CONTINENTAL AUTOMOTIVE SYSTEMS, INC.

**FILER'S ATTESTATION**

Pursuant to LR 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: /s/ Ryan W. Koppelman