1    Mark H. Hamer (156997)
     mark.hamer@bakermckenzie.com
2    **BAKER & McKENZIE LLP**
     815 Connecticut Ave NW
3    Washington, DC 20006
     Telephone:    +1 202 452 7000
4    Facsimile:     +1 202 452 7074

5    Colin H. Murray (159142)
     colin.murray@bakermckenzie.com
6    **BAKER & McKENZIE LLP**
     Two Embarcadero Center, 11th Floor
7    San Francisco, CA  94111-3802
     Telephone: +1 415 576 3000
8    Facsimile:    +1 415 576 3099

9

10   Attorneys for Defendant
     Avanci, LLC

11

12

13                 UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| 15   CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>16<br><br>17                Plaintiff,<br>     v.<br><br>18   AVANCI, LLC, a Delaware corporation, AVANCI PLATFORM INTERNATIONAL<br>19   LIMITED, an Irish company, NOKIA CORPORATION, a Finnish corporation, NOKIA<br>20   OF AMERICA CORPORATION, a Delaware corporation, NOKIA SOLUTIONS AND<br>21   NETWORKS US LLC, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS OY, a<br>22   Finnish corporation, NOKIA TECHNOLOGIES<br>23   OY, a Finnish corporation, CONVERSANT WIRELESS LICENSING SARL, a Luxembourg<br>24   corporation, OPTIS UP HOLDINGS LLC, a Delaware corporation, OPTIS CELLULAR<br>25   TECHNOLOGY, LLC, a Delaware corporation, OPTIS WIRELESS TECHNOLOGY, LLC, a<br>26   Delaware corporation,<br><br>27<br><br>28               Defendants. | **Case No. 5:19-cv-02520-NC**<br><br>**Date Action Filed: May 10, 2019**<br><br>**STIPULATION EXTENDING DEFENDANT AVANCI, LLC'S TIME TO RESPOND TO COMPLAINT, AND CONFIRMING TIME FOR AVANCI PLATFORM INTERNATIONAL LIMITED TO RESPOND TO COMPLAINT**<br><br>**L.R. 6-1(a)**<br><br>**Courtroom: 5, 4th Floor<br>Judge:**<br>   **The Honorable Nathanael M. Cousins**<br><br>**San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA  95113** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 5:19-cv-02520-NC
STIPULATION EXTENDING DEFENDANT AVANCI, LLC'S TIME TO RESPOND TO COMPLAINT

## STIPULATION

Pursuant to L.R. 6-1(a), this Stipulation is entered into by Plaintiff Continental Automotive Systems, Inc. ("Plaintiff") and Defendant Avanci, LLC ("Avanci, LLC") to extend the time for Avanci, LLC to answer, move or otherwise respond to Plaintiff's Complaint ("Complaint"), and also to confirm the time for Defendant Avanci Platform International Limited ("Avanci International") to respond to the Complaint.  Plaintiff, Avanci, LLC, and Avanci International, through their respective counsel of record, stipulate as follows:

1.      WHEREAS, Plaintiff filed its Complaint on May 10, 2019;

2.      WHEREAS, Plaintiff served the Summons and Complaint on Avanci, LLC on May 13, 2019;

3.      WHEREAS, the last day for Avanci, LLC to file a responsive pleading to Plaintiff's Complaint is June 3, 2019;

4.      WHEREAS, counsel for Plaintiff has agreed to grant Avanci, LLC a sixty-day extension of time, from June 3, 2019 to August 2, 2019, in exchange for Avanci International waiving service of process and also being subject to the same August 2 deadline to respond;

5.      WHEREAS, this is the first stipulation for extension of time requested by Avanci, LLC to respond to the Complaint;

6.      WHEREAS, the Stipulation will not alter the date of any event or any deadline already fixed by Court Order.

NOW THEREFORE, in consideration of the foregoing, Plaintiff, Avanci, LLC, and Avanci International, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1.      Avanci, LLC's time to answer, move or otherwise respond to Plaintiff's Complaint is extended from June 3, 2019 up to and including **August 2, 2019**;

2.      Avanci International's time to answer, move or otherwise respond to Plaintiff's Complaint is also August 2, 2019;

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3.     By entering into this Stipulation, Avanci, LLC and Avanci International do not waive and expressly preserve any and all rights and defenses, including specifically but not limited to, those based on jurisdiction and venue.

**IT IS SO AGREED AND STIPULATED.**

Dated: June 3, 2019                                    Respectfully submitted,

                                                      **BAKER & McKENZIE LLP**
                                                      Mark H. Hamer
                                                      Colin H. Murray

                                                      By: /s/ Colin H. Murray
                                                              Colin H. Murray
                                                      Attorneys for Defendant
                                                      Avanci, LLC

Dated: June 3, 2019                                    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                                                      Stephen S. Korniczky
                                                      Martin R. Bader
                                                      Matthew W. Holder

                                                      Michael W. Scarborough
                                                      Mona Solouki

                                                      By: /s/ Stephen S. Korniczky
                                                              Stephen S. Korniczky
                                                      Attorneys for Plaintiff
                                                      Continental Automotive Systems, Inc.

**FILER'S ATTESTATION OF CONCURRENCE**

I, Colin H. Murray, attest that I am one of the attorneys for Defendants Avanci, LLC.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: June 3, 2019                                    /s/ Colin H. Murray
                                                      Colin H. Murray

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 5:19-cv-02520-NC
STIPULATION EXTENDING DEFENDANT AVANCI, LLC'S TIME TO RESPOND TO COMPLAINT