SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
MARTIN R. BADER, Cal. Bar No. 222865
MATTHEW W. HOLDER, Cal. Bar No. 217619
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  858.720.8900
Facsimile:   858.509.3691
E mail       skorniczky@sheppardmullin.com
             mbader@sheppardmullin.com
             mholder@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  415.434.9100
Facsimile:   415.434.3947
E mail       mscarborough@sheppardmullin.com
             msolouki@sheppardmullin.com

Attorneys for Plaintiff Continental
Automotive Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, et al.,<br><br>Defendants. | **Case No. 5:19-cv-2520-NC**<br><br>**DECLARATION OF MATTHEW W. HOLDER IN SUPPORT OF PLAINTIFF CONTINENTAL AUTOMOTIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:  July 31, 2019<br>Time:  1:00 p.m.<br>Place:  Courtroom 5<br>Judge:  Hon. Nathanael Cousins |

I, Matthew W. Holder, declare as follows:

1. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, and an attorney of record in this case to Plaintiff Continental Automotive Systems, Inc. ("Continental"). If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2. Pursuant to Civil L.R. 7-11 and 79-5, I make this declaration in support of Plaintiff Continental Automotive Systems, Inc.'s Administrative Motion to File Documents Under Seal.

3. I have reviewed the portions of Continental's Motion For Anti-Suit Injunction, the declarations of Matthew W. Holder and Dr. Frank-Erich Hufnagel in support thereof, and all exhibits thereto.

4. Continental seeks to seal certain portions of its Motion for Anti-Suit Injunction (the brief), and also Exhibit 6 to the Hufnagel Declaration and Exhibits 8-13 of the Holder Declaration, on the basis that such documents reveal information about licensing negotiations between Continental and Nokia, which were conducted pursuant to a confidentiality agreement between the parties. I understand that at least Nokia considers this information confidential and claims to not disclose it to the public. Therefore, Continental seeks to file these portions under seal pursuant to Civil L.R. 79-5(e), pursuant to its obligations under the parties' confidentiality agreement.

5. Continental also seeks to seal Exhibits 3, 7, 10, 13, 16, 18, 21, 23, 26, and 29 to the Hufnagel Declaration on the basis that such exhibits contain information that is subject to a claim of confidentiality by Nokia in various German courts: the First Munich Regional Court, Patent Division; the Düsseldorf Regional Court, Patent Division; and the Mannheim Regional Court, Patent Division. I understand that at least Nokia considers this information confidential and claims to not disclose it to the public. I further understand that the German filings are not otherwise available to the public. Therefore, Continental seeks to file these portions

-1-   Case No. 19-cv-2520-NC
HOLDER DECL. ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

under seal pursuant to Civil L.R. 79-5(e).

6. Lastly, Continental also seeks to seal Exhibit 7 to the Holder Declaration on the basis that this exhibit contains certain information about Continental's business relationship with its customer, Daimler AG ("Daimler"). I understand that at least Daimler considers the information contained in this Exhibit to be confidential and claims not to disclose it to the public. Therefore, Continental seeks to file these portions under seal pursuant to Civil L.R. 79-5(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2019, at San Diego, California.

By  */s/ Matthew W. Holder*
MATTHEW W. HOLDER