1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2    A Limited Liability Partnership
     Including Professional Corporations
3  STEPHEN S. KORNICZKY, Cal. Bar No. 135532
4  MARTIN R. BADER, Cal. Bar No. 222865
   MATTHEW W. HOLDER, Cal. Bar No. 217619
5  12275 El Camino Real, Suite 200
6  San Diego, California 92130
   Telephone:  858.720.8900
7  Facsimile:  858.509.3691
8  E mail      skorniczky@sheppardmullin.com
               mbader@sheppardmullin.com
9              mholder@sheppardmullin.com

10
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
11 MONA SOLOUKI, Cal. Bar No. 215145
12 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
13 Telephone:  415.434.9100
14 Facsimile:  415.434.3947
   E mail      mscarborough@sheppardmullin.com
15             msolouki@sheppardmullin.com

16
   Attorneys for Plaintiff Continental
17 Automotive Systems, Inc.

18              UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21 CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware 22 corporation,<br><br>23<br>      Plaintiff,<br>24<br>25    v.<br>26 AVANCI, LLC, et al.,<br>27<br>      Defendants.<br>28 | **Case No. 5:19-cv-2520-NC**<br><br>**DECLARATION OF MATTHEW W. HOLDER  IN SUPPORT OF PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION**<br><br>Hearing Date:  July 31, 2019<br>Time:  1:00 p.m.<br>Place:  Courtroom 5<br>Judge:  Hon. Nathanael Cousins |

1   I, Matthew W. Holder, declare as follows:

2   1.      I am a partner at Sheppard, Mullin, Richter & Hampton LLP, and an

3   attorney of record in this case to Plaintiff Continental Automotive Systems, Inc.  If

4   called as a witness, I could and would competently testify to all facts within my

5   personal knowledge.

6   2.      Attached as **Exhibit 1** is a true and correct copy of the redacted public

7   version of the First Amended Verified Complaint filed by Nokia Corporation and

8   Nokia Inc. in *Nokia Corp. and Nokia Inc. v. Qualcomm Inc.*, No. 2330-VCS, Dkt.

9   354, (Del. Ch. March 12, 2008).

10   3.      Attached as **Exhibit 2** is a true and correct copy of a statement made by

11   Nokia to the European Commission at the November 19, 2008 European

12   Commission Workshop on IPR in ICT Standardisation.

13   4.      Attached as **Exhibit 3** is a true and correct copy of an April 8, 2014

14   press release issued by Nokia entitled, "Nokia Reaffirms Licensing Commitments

15   for Standard Essential Patents," available at https://www.nokia.com/nokia-

16   reaffirms-licensing-commitments-for-standard-essential-patents/.

17   5.      Attached as **Exhibit 4** is a true and correct copy of the redacted public

18   version of Nokia Corporation and Nokia Inc.'s Brief in Opposition to Qualcomm

19   Inc.'s Motion to Dismiss or Stay in *Nokia Corp. and Nokia Inc. v. Qualcomm Inc.*,

20   No. 2330-VCS, Dkt. 87, (Del. Ch. Nov. 3, 2006).

21   6.      Attached as **Exhibit 5** is a true and correct copy of the redacted public

22   version of Nokia Corporation and Nokia Inc's Opening Pre-Trial Brief in *Nokia*

23   *Corp. and Nokia Inc. v. Qualcomm Inc.*, No. 2330-VCS, (Del. Ch. July 15, 2008)

24   7.      Attached as **Exhibit 6** is a true and correct copy of the redacted public

25   version of Exhibit 25 of the Declaration of Jennifer Milici in Support of Federal

26   Trade Commission's Reply in Support of Partial Summary Judgment on

27   Qualcomm's Standard Essential Patent Licensing Commitments filed in *FTC v.*

28   *Qualcomm Inc.*, No. 5:17-cv-220-LHK-NMC, Dkt. 893 (N.D. Cal. Oct. 4, 2018),

1   which contains excerpts from a complaint filed by Nokia OYJ against Qualcomm

2   Inc. in the European Commission on February 13, 2006.

3        8.      Attached as **Exhibit 7** is a true and correct copy of an August 7, 2017

4   letter from Daimler to Continental written in German.  Included in **Exhibit 7** is an

5   unverified machine translation of this letter to English.

6        9.      Attached as **Exhibit 8** is a true and correct copy of a letter dated

7   October 24, 2017, that Continental sent to Nokia.

8        10.     Attached as **Exhibit 9** is a true and correct copy of a letter dated

9   November 3, 2017, that Nokia sent to Continental.

10       11.     Attached as **Exhibit 10** is a true and correct copy of an email dated

11  June 8, 2018, that Nokia sent to Continental's affiliate Zonar.

12       12.     Attached as **Exhibit 11** is a true and correct copy of a letter dated

13  October 30, 2018, that Continental sent to Nokia.

14       13.     Attached as **Exhibit 12** is a true and correct copy of a letter dated

15  December 18, 2018, that Continental sent to Nokia.

16       14.     Attached as **Exhibit 13** is a true and correct copy of a letter dated May

17  7, 2019, from Continental to Nokia.

18       15.     Attached as **Exhibit 14** is a true and correct copy of the European

19  Telecommunications Standards Institute's ("ETSI") Intellectual Property Rights

20  Policy.

21       16.     Attached as **Exhibit 15** is a true and correct copy of the

22  Telecommunications Industry Association ("TIA") Intellectual Property Rights

23  Policy.

24       17.     Attached as **Exhibit 16** is a true and correct copy of the Alliance for

25  Telecommunications Industry Solutions ("ATIS") Intellectual Property Rights

26  Policy.

27

28

18.     Attached as **Exhibit 17** is a true and correct copy of the United States Federal Trade Commission's March 2011 Report titled "The Evolving IP Marketplace: Aligning Patent Notice and Remedies With Competition."

19.     Attached as **Exhibit 18** is a true and correct copy of an article written by Janusz Ordover and Allan Shampine in The Antitrust Source, October 2014, titled "Implementing the FRAND Commitment."

20.     Attached as **Exhibit 19** is a true and correct copy of the webpage located at http://www.avanci.com/faq/ which was captured on June 7, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2019, at San Diego, California.

By        */s/ Matthew W. Holder*
          MATTHEW W. HOLDER