EXHIBIT 7

REDACTED VERSION OF DOCUMENT SOUGHT
TO BE FILED UNDER SEAL IN ENTIRETY