Jeffrey L. Kessler *(pro hac vice forthcoming)*
jkessler@winston.com
Aldo A. Badini (SBN 257086)
abadini@winston.com
Susannah P. Torpey *(pro hac vice forthcoming)*
storpey@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Jeanifer E. Parsigian (SBN 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants Avanci, LLC and Avanci Platform International Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, a Delaware corporation, AVANCI PLATFORM INTERNATIONAL LIMITED, an Irish company, NOKIA CORPORATION, a Finnish corporation, NOKIA OF AMERICA CORPORATION, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS US LLC, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS OY, a Finnish corporation, NOKIA TECHNOLOGIES OY, a Finnish corporation, CONVERSANT WIRELESS LICENSING SARL, a Luxembourg corporation, OPTIS UP HOLDINGS LLC, a Delaware corporation, OPTIS CELLULAR TECHNOLOGY, LLC, a Delaware corporation, OPTIS WIRELESS TECHNOLOGY, LLC, a Delaware corporation,<br><br>Defendants. | Case No. 5:19-cv-02520-NC<br><br>**NOTICE OF APPEARANCE OF ALDO A. BADINI**<br><br>Judge: Hon. Nathanael M. Cousins |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), the following attorney hereby appears in this action as counsel of record for Defendant Avanci, LLC, and Defendant Avanci Platform International Limited:

> Aldo A. Badini (SBN 257086)
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, NY 10166-4193
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700
> abadini@winston.com

Defendant Avanci Platform International Limited expressly reserves the right to assert lack of personal jurisdiction as a defense in the above-captioned matter, and the appearance of counsel of record for Defendant Avanci Platform International Limited is not intended, and shall not be deemed or construed in any way, as consent to personal jurisdiction or as a waiver of its right to assert the defense of lack of personal jurisdiction or any other defense.

Please serve copies of all notices and documents issued by the Court or filed by the parties upon the above-listed attorney.

Dated:  June 12, 2019                     Respectfully submitted,

                                          WINSTON & STRAWN LLP

                                          By   */s/ Aldo A. Badini*
                                               Aldo A. Badini (SBN 257086)
                                               WINSTON & STRAWN LLP
                                               200 Park Avenue
                                               New York, NY 10166-4193
                                               Telephone: (212) 294-6700
                                               Facsimile: (212) 294-4700
                                               abadini@winston.com

                                               *Counsel for Defendant Avanci, LLC and*
                                               *Avanci Platform International Limited*