Jeffrey L. Kessler *(pro hac vice pending)*
jkessler@winston.com
Aldo A. Badini (SBN 257086)
abadini@winston.com
Susannah P. Torpey *(pro hac vice pending)*
storpey@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Jeanifer E. Parsigian (SBN 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendant Avanci, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, a Delaware corporation, AVANCI PLATFORM INTERNATIONAL LIMITED, an Irish company, NOKIA CORPORATION, a Finnish corporation, NOKIA OF AMERICA CORPORATION, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS US LLC, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS OY, a Finnish corporation, NOKIA TECHNOLOGIES OY, a Finnish corporation, CONVERSANT WIRELESS LICENSING SARL, a Luxembourg corporation, OPTIS UP HOLDINGS LLC, a Delaware corporation, OPTIS CELLULAR TECHNOLOGY, LLC, a Delaware corporation, OPTIS WIRELESS TECHNOLOGY, LLC, a Delaware corporation,<br><br>Defendants. | Case No. 5:19-cv-02520-NC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT AVANCI, LLC; [PROPOSED ORDER]**<br><br>Judge: Hon. Nathanael M. Cousins |

PLEASE TAKE NOTICE that Defendant Avanci, LLC has retained Winston & Strawn LLP as counsel of record in the above-captioned matter, and hereby requests an order pursuant to Civil L.R. 5-1(c)(2)(E) and Civil L.R. 11-5(a) permitting withdrawal of its counsel Baker & McKenzie LLP.  Withdrawing counsel for Defendant Avanci, LLC are:

>Colin H. Murray (159142)
>BAKER & MCKENZIE LLP
>Two Embarcadero Center, 11th Floor
>San Francisco, CA 94111-3802
>Telephone: (415) 591-3244
>Facsimile: (415) 576-3099
>colin.murray@bakermckenzie.com
>
>Mark H. Hamer (156997)
>BAKER & McKENZIE LLP
>815 Connecticut Ave NW
>Washington, DC 20006
>Telephone: (202) 452-7000
>Facsimile: (202) 452-7074
>mark.hamer@bakermckenzie.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Avanci, LLC, who have already filed notices of appearances or applications for admission *pro hac vice*:

>Jeffrey L. Kessler *(pro hac vice pending)*
>jkessler@winston.com
>Aldo A. Badini (SBN 257086)
>abadini@winston.com
>Susannah P. Torpey *(pro hac vice pending)*
>storpey@winston.com
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, NY 10166-4193
>Telephone: (212) 294-6700
>Facsimile: (212) 294-4700
>
>Ian L. Papendick (SBN 275648)
>ipapendick@winston.com
>Jeanifer E. Parsigian (SBN 289001)
>jparsigian@winston.com
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111
>Telephone: (415) 591-1000
>Facsimile: (415) 591-1400

Respectfully submitted,

Dated:  June 13, 2019                           WINSTON & STRAWN LLP

By   */s/ Jeffrey L. Kessler*
    Jeffrey L. Kessler *(pro hac vice pending)*
    jkessler@winston.com
    Aldo A. Badini (SBN 257086)
    abadini@winston.com
    Susannah P. Torpey *(pro hac vice pending)*
    storpey@winston.com
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700

    Ian L. Papendick (SBN 275648)
    ipapendick@winston.com
    Jeanifer E. Parsigian (SBN 289001)
    jparsigian@winston.com
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400

Dated:  June 13, 2019                           BAKER & MCKENZIE LLP

By:   */s/ Colin H. Murray*
    Colin H. Murray (159142)
    BAKER & MCKENZIE LLP
    Two Embarcadero Center, 11th Floor
    San Francisco, CA 94111-3802
    Telephone: (415) 591-3244
    Facsimile: (415) 576-3099
    colin.murray@bakermckenzie.com

    Mark H. Hamer (156997)
    BAKER & McKENZIE LLP
    815 Connecticut Ave NW
    Washington, DC 20006
    Telephone: (202) 452-7000
    Facsimile: (202) 452-7074
    mark.hamer@bakermckenzie.com

3

NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT AVANCI, LLC   CASE NO. 5:19-cv-02520-NC

1  I hereby attest that I obtained concurrence in the filing of this document from each of the
2  other signatories on this e-filed document.

3  Dated: June 13, 2019                                WINSTON & STRAWN LLP

                                                By:  */s/ Ian L. Papendick*
                                                     Ian L. Papendick (SBN 275648)
                                                     WINSTON & STRAWN LLP
                                                     101 California Street
                                                     San Francisco, CA 94111
                                                     Telephone: (415) 591-1000
                                                     Facsimile: (415) 591-1400
                                                     ipapendick@winston.com

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: _____

MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

5

[PROPOSED ORDER] FOR NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT AVANCI, LLC   CASE NO. 5:19-cv-02520-NC