Ryan W. Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:  650-838-2000
Facsimile:  650-838-2001
E-mail:  ryan.koppelman@alston.com

*Attorney for Defendants*
NOKIA CORPORATION, NOKIA OF AMERICA
CORPORATION, NOKIA SOLUTIONS AND
NETWORKS US LLC, NOKIA SOLUTIONS AND
NETWORKS OY, and NOKIA TECHNOLOGIES OY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, <br><br> Defendants. | Case No. 5:19-cv-02520-NC <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

United States District Court
Northern District of California

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

        **OR**

☒ **Decline** Magistrate Judge Jurisdiction

        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.[1]

DATED:  June 14, 2019        ALSTON & BIRD LLP

        */s/ Ryan W. Koppelman*
        Ryan W. Koppelman (State Bar No. 290704)
        ALSTON & BIRD LLP
        1950 University Avenue, 5th Floor
        East Palo Alto, CA 94303
        Telephone:  650-838-2000
        Facsimile:  650-838-2001
        E-mail:  ryan.koppelman@alston.com

        *Attorneys for Defendants*
        NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY

---

[1] This filing is made by the named Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Nokia Technologies Oy (collectively the "Nokia Defendants").  Nokia Solutions and Networks US LLC was merged with and into Alcatel-Lucent USA Inc., effective January 1, 2018.  Alcatel-Lucent USA Inc. then changed its name to Nokia of America Corporation, also effective January 1, 2018.  Accordingly, Nokia Solutions and Networks US LLC is no longer a corporate entity and by making this motion, the named Nokia Defendants do not concede that Nokia Solutions and Networks US LLC was properly served.  In the stipulation extending the named Nokia Defendant's deadline to respond to the Complaint, the parties reserved their rights to address this issue at a later date.  The named Nokia Defendants reserve any and all rights to raise any and all defenses to Continental's allegations at the time stipulated by Plaintiff and the named Nokia Defendants to respond to Plaintiff's Complaint, including but not limited to defenses related to jurisdiction, venue, or Plaintiff's failure to state a claim upon which relief may be granted.

United States District Court
Northern District of California

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28