Jeffrey L. Kessler *(pro hac vice forthcoming)*
jkessler@winston.com
Aldo A. Badini (SBN 257086)
abadini@winston.com
Susannah P. Torpey *(pro hac vice forthcoming)*
storpey@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Jeanifer E. Parsigian (SBN 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants Avanci, LLC and Avanci Platform International Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, a Delaware corporation, AVANCI PLATFORM INTERNATIONAL LIMITED, an Irish company, NOKIA CORPORATION, a Finnish corporation, NOKIA OF AMERICA CORPORATION, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS US LLC, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS OY, a Finnish corporation, NOKIA TECHNOLOGIES OY, a Finnish corporation, CONVERSANT WIRELESS LICENSING SARL, a Luxembourg corporation, OPTIS UP HOLDINGS LLC, a Delaware corporation, OPTIS CELLULAR TECHNOLOGY, LLC, a Delaware corporation, OPTIS WIRELESS TECHNOLOGY, LLC, a Delaware corporation,<br><br>Defendants. | Case No. 5:19-cv-02520-NC<br><br>**APPLICATION FOR ADMISSION OF JEFFREY L. KESSLER *PRO HAC VICE*; [PROPOSED] ORDER**<br><br>Judge: Hon. Nathanael M. Cousins |

1

APPLICATION FOR ADMISSION OF JEFFREY L. KESSLER *PRO HAC VICE* - CASE NO. 5:19-cv-02520-NC

Pursuant to Civil Local Rule 11-3, I, Jeffrey L. Kessler, an active member in good standing of the New York State Court of Appeals, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Avanci, LLC and Avanci Platform International Limited in the above-entitled action.

In support of this application, I certify under penalty of perjury that:

1. I am an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1539865.

2. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.[1]

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Ian L. Papendick (SBN 275648)
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400
> ipapendick@winston.com

5. Defendant Avanci Platform International Limited expressly reserves the right to assert lack of personal jurisdiction as a defense in the above-captioned matter, and the appearance of counsel of record for Defendant Avanci Platform International Limited is not intended, and shall not be deemed or construed in any way, as consent to personal jurisdiction or as a waiver of its right to assert the defense of lack of personal jurisdiction or any other defense.

---

[1] The attached certificate is from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, which governs admission to the practice of law in New York. 22 N.Y.C.R.R §520.1 ("A person shall be admitted to practice law in the courts of the State of New York only by an order of the Appellate Division of the Supreme Court upon compliance with these rules.").

1 | I declare under penalty of perjury that the foregoing is true and correct.

3 | Dated:  June 12, 2019                                    Respectfully submitted,

WINSTON & STRAWN LLP

By:   */s/ Jeffrey L. Kessler*
     Jeffrey L. Kessler
     WINSTON & STRAWN LLP
     200 Park Avenue
     New York, NY 10166-4193
     Telephone: (212) 294-6700
     Facsimile: (212) 294-4700
     jkessler@winston.com

*Counsel for Defendant Avanci, LLC and Avanci Platform International Limited*

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JEFFREY L. KESSLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 27, 1978,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 5, 2019**

4350

Clerk of the Court

**[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey L. Kessler is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  June 18, 2019                             *Lucy H. Koh*
                                                                         UNITED STATES ~~MAGISTRATE~~ JUDGE