UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, et al., <br><br> Defendants. | Case No. 19-CV-02520-LHK <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S ANTI-SUIT MOTION** <br><br> Re: Dkt. No. 45 |

Defendants Nokia Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Nokia Technologies Oy (collectively, "Nokia Defendants") move to enlarge the time to respond to Plaintiff's anti-suit motion. ECF No. 45 at 1. Nokia Defendants' current deadline to oppose Plaintiff's anti-suit motion is June 26, 2019, but Nokia Defendants seek to extend the opposition deadline to September 6, 2019. *Id.* Nokia Defendants give several reasons why the opposition deadline should be extended. For instance, Nokia Defendants have not been properly served with a complete copy of the anti-suit motion because Plaintiff attaches third-party confidential materials that Plaintiff has indicated it cannot yet share with the Nokia Defendants. *Id.* In addition, Nokia Defendants argue that they would be

prejudiced because Plaintiff's anti-suit motion forces the Nokia Defendants to "appear and respond on practically an emergency basis to address substantive issues in this case well before the stipulated August 2 deadline for the Nokia Defendants to file their initial responsive pleadings." *Id.* at 3.

The Court concludes that Nokia Defendants have not convincingly demonstrated why they need two and a half months to respond to Plaintiff's motion. However, the Court is sympathetic to the fact that Nokia Defendants have not been properly served with a complete copy of the anti-suit motion. Thus, the Court EXTENDS Nokia Defendants' time to oppose Plaintiff's anti-suit motion from June 26, 2019 to July 24, 2019. Plaintiff's reply to Nokia Defendants' opposition shall be due on August 9, 2019. Moreover, Plaintiff is ORDERED to properly serve complete versions of the anti-suit motion on Nokia Defendants by June 28, 2019.

**IT IS SO ORDERED.**

Dated: June 18, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 19-CV-02520-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S ANTI-SUIT MOTION