UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, et al., <br><br> Defendants. | Case No. 19-CV-02520-LHK <br><br> **ORDER RE NOKIA DEFENDANTS' OPPOSITION TO ANTI-SUIT MOTION** |

Plaintiff have brought suit against Nokia Corp., Nokia for America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy (collectively, "Nokia Defendants"). On June 18, 2019, the Court extended Nokia Defendants' deadline to oppose Plaintiff's anti-suit motion to July 24, 2019. ECF No. 56 at 2.

The Court hereby ORDERS that the Nokia Defendants be allowed to file only one consolidated opposition to Plaintiff's anti-suit motion as opposed to separate oppositions. The page limits set forth in the Civil Local Rules shall apply.

**IT IS SO ORDERED.**

Dated: June 21, 2019

_____
LUCY H. KOH
United States District Judge

1
Case No. 19-CV-02520-LHK
ORDER RE NOKIA DEFENDANTS' OPPOSITION TO ANTI-SUIT MOTION