UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, et al., <br><br> Defendants. | Case No. 19-CV-02520-LHK <br><br> **ORDER RE CONSOLIDATION OF BRIEFING** |

On June 12, 2019, Plaintiff filed an anti-suit motion. ECF No. 32. On June 18, 2019 the Court granted in part and denied in part Defendants Nokia Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy's (collectively, "Nokia Defendants") motion to extend the time to oppose Plaintiff's anti-suit motion. ECF No. 56. Specifically, the Court ordered that Nokia Defendants' opposition be filed by July 24, 2019, and Plaintiff's reply to Nokia Defendants' opposition be filed by August 9, 2019. *Id.* at 2.

On June 20, 2019, Defendants Optis Wireless Technology, LLC, Optis UP Holdings, LLC, and Optis Cellular Technology, LLC (collectively, "Optis Defendants") filed separate but nearly identical stipulations requesting that Optis Defendants' opposition to Plaintiff's anti-suit motion be

1
Case No. 19-CV-02520-LHK
ORDER RE CONSOLIDATION OF BRIEFING

1  filed by July 24, 2019, the same date Nokia Defendants' opposition is to be filed. ECF Nos. 59-61.

2  The Court granted Optis Defendants' stipulation. ECF No. 65.

3        On June 25, 2019, Defendant Conversant Wireless Licensing SARL ("Conversant") filed a

4  stipulation requesting that Conversant's opposition to Plaintiff's anti-suit motion be filed by July

5  24, 2019, the same day as Nokia Defendants' and Optis Defendants' oppositions are to be filed.

6  ECF No. 68. The Court has not yet ruled on Conversant's stipulation.

7        Because so many Defendants have requested extensions to the deadline to file oppositions

8  to the anti-suit motion, this indicates that numerous Defendants will be separately filing

9  oppositions to the anti-suit motion, which also increases the number of reply motions Plaintiff

10 must file as well. Specifically, at the very least, Nokia Defendants, Optis Defendants, and

11 Conversant have indicated that they will be filing separate oppositions. Thus far, Avanci, LLC and

12 Avanci Platform International Ltd. (collectively, "Avanci Defendants") have not yet requested an

13 extension of the deadline to file an opposition to the anti-suit motion. Moreover, Sharp Corp. has

14 not yet appeared in the instant action. The Avanci Defendants and Sharp Corp. may also file

15 oppositions to the anti-suit motion.

16       The Court finds that at least three and possibly up to five separate oppositions to the anti-

17 suit motion, as well as a corresponding number of replies, are unwieldy, an imposition on limited

18 judicial resources, and detrimental to the efficient adjudication of the anti-suit motion.

19       Therefore, the Court hereby ORDERS all Defendants that wish to file an opposition to

20 Plaintiff's anti-suit motion to do so in *one* consolidated opposition. The consolidated opposition

21 shall be filed by July 24, 2019. Plaintiff may file one reply by August 9, 2019. The page limits set

22 forth in the Civil Local Rules shall govern.

23       Moreover, as the instant order renders moot some of the Court's previous orders regarding

24 various Defendants' oppositions to the anti-suit motion, the Court hereby VACATES the orders at

25 ECF Nos. 56, 65, and 66. In addition, the Court DENIES as moot Conversant's stipulation that

26 Conversant's opposition to Plaintiff's anti-suit motion be filed by July 24, 2019. ECF No. 68.

27 **IT IS SO ORDERED.**

28

United States District Court
Northern District of California

Dated: June 26, 2019

_____
LUCY H. KOH
United States District Judge

3

Case No. 19-CV-02520-LHK
ORDER RE CONSOLIDATION OF BRIEFING