Teresa T. Bonder (SBN 321558)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone:     (415) 243-1000
Facsimile:      (415) 243-1001
teresa.bonder@alston.com

Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 838-2000
Facsimile:      (650) 838-2001
ryan.koppelman@alston.com

Mark A. McCarty (*pro hac vice*)
Matthew D. Richardson (*pro hac vice*)
John D. Haynes (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone:     (404) 881-7000
Facsimile:      (404) 881-7777
mark.mccarty@alston.com
matt.richardson@alston.com
john.haynes@alston.com

*Attorneys for Defendants Nokia Corporation,
Nokia Of America Corporation, Nokia Solutions
And Networks Us LLC, Nokia Solutions And
Networks Oy, and Nokia Technologies Oy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, SHARP CORPORATION,<br><br>    Defendants. | Case No. 19-cv-2520-LHK<br><br>**RESPONSE TO PLAINTIFF'S REQUEST FOR CLARIFICATION RE SERVICE OF MOTION PAPERS** |

In response to Plaintiff's request for clarification, (Dkt. No 79), the Nokia Defendants would like update the Court that Plaintiff's service issues regarding it Anti-Suit motion should be resolved. The Nokia Defendants have agreed to allow Plaintiff to serve the other defendants on a provisional AEO basis with the confidential information filed under seal. In addition, Nokia is analyzing Plaintiff's exhibits filed under seal further to see if they can be more narrowly tailored for sealing, ideally by agreement of the parties.

DATED: June 27, 2019    ALSTON & BIRD LLP

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
Facsimile: 650-838-2001
E-mail: ryan.koppelman@alston.com

Teresa T. Bonder (SBN 321558)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
teresa.bonder@alston.com

Mark A. McCarty (*pro hac vice*)
Matthew D. Richardson (*pro hac vice*)
John D. Haynes (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
mark.mccarty@alston.com
matt.richardson@alston.com
john.haynes@alston.com

*Attorneys for Defendants Nokia Corporation, Nokia Of America Corporation, Nokia Solutions And Networks Us LLC, Nokia Solutions And Networks Oy, and Nokia Technologies Oy*