1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., | Case No. 19-CV-02520-LHK |
| Plaintiff, | **ORDER STRIKING FIRST AMENDED COMPLAINT AS UNTIMELY** |
| v. | |
| AVANCI, LLC, et al., | |
| Defendants. | |

On May 10, 2019, Plaintiff filed its original complaint. ECF No. 1. On June 20, 2019, Plaintiff filed a first amended complaint. ECF No. 62. However, pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend its pleading once as a matter of course within 21 days of serving the pleading. Plaintiff's first amended complaint was filed well after 21 days after the original complaint was served on various Defendants. Thus, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may amend its complaint by stipulation of all the parties or with leave of the Court. Plaintiff unilaterally amended its complaint without stipulation of all the parties or leave of the Court.

Thus, the Court hereby STRIKES the first amended complaint as untimely. If Plaintiff wishes to amend its original complaint, Plaintiff shall do so in compliance with the Federal Rules

United States District Court
Northern District of California

of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 28, 2019

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California