United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12
13
14
15
16
17

CONTINENTAL AUTOMOTIVE
SYSTEMS, INC.,

Plaintiff,

v.

AVANCI, LLC, et al.,

Defendants.

Case No. 19-CV-02520-LHK

**ORDER RE CONSOLIDATION OF
MOTION TO DISMISS BRIEFING**

18

In the instant case, Plaintiff brought suit against five groups of Defendants: (1) Nokia

19

Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and

20

Networks Oy, and Nokia Technologies Oy's (collectively, "Nokia Defendants"); (2) Conversant

21

Wireless Licensing SARL ("Conversant"); (3) Avanci, LLC and Avanci Platform International

22

Ltd. (collectively, "Avanci Defendants"); (4) Sharp Corp. ("Sharp"); and (5) Optis UP Holdings,

23

LLC, Optis Cellular Technology, LLC, and Optis Wireless Technology, LLC (collectively, "Optis

24

Defendants"). ECF No. 97 at 1.

25

On July 23, 2019, Avanci Defendants, Nokia Defendants, and Conversant (collectively,

26

"stipulating Defendants") and Plaintiff filed a stipulation requesting that the stipulating

27

Defendants, which plan to file a consolidated motion to dismiss pursuant to Federal Rules of Civil

28

1

1    Procedure 12(b)(1) and 12(b)(6), be permitted to file a 30 page consolidated motion to dismiss;

2    that Plaintiff be permitted to file a 30 page opposition; and that stipulating Defendants be

3    permitted to file a 17 page reply. ECF No. 98 at 2. Remaining Defendants Optis Defendants and

4    Sharp are not parties to this stipulation.

5            Moreover, Plaintiff and stipulating Defendants stipulate that in addition to a 30 page

6    consolidated motion to dismiss, the Court should allow *each* stipulating Defendant *to separately*

7    *file* a 10 page motion to dismiss on issues specific to each stipulating Defendant; that Plaintiff be

8    able to file a 10 page opposition to each stipulating Defendant's 10 page motion; and that each

9    stipulating Defendant be able to file a 3 page reply. *Id.*

10           Alternatively, Plaintiff and stipulating Defendants request that in lieu of filing 10 page

11   oppositions to each stipulating Defendant's 10 page motion to dismiss, Plaintiff will have the

12   option to file a 50 page opposition addressing *both* the consolidated motion to dismiss as well as

13   each individual stipulating Defendant's 10 page motion to dismiss. *Id.* If Plaintiff elects to file

14   such a 50 page opposition, stipulating Defendants will have "the option" of filing one 25 page

15   consolidated reply. *Id.*

16           The Court finds that granting the stipulation fails to conserve limited judicial resources,

17   especially because Defendant Sharp and Optis Defendants are not included in the stipulation.

18   Moreover, the stipulation would require the Court to address at least four motions to dismiss (the

19   consolidated motion to dismiss as well as each stipulating Defendant's 10 page motion to dismiss),

20   and perhaps even six separate motions to dismiss if Optis Defendants and Sharp choose to file

21   their own motions to dismiss. Therefore, the Court DENIES Plaintiff's and stipulating

22   Defendants' stipulation. ECF No. 98.

23           The Court ORDERS that if Defendants wish to file a motion to dismiss, *all* Defendants

24   must do so in a consolidated motion to dismiss not to exceed 30 pages. Plaintiff's opposition shall

25   not exceed 30 pages. Defendants' reply shall not exceed 17 pages.

26   **IT IS SO ORDERED.**

27

28

United States District Court
Northern District of California

2

Case No. 19-CV-02520-LHK
ORDER RE CONSOLIDATION OF MOTION TO DISMISS BRIEFING

1   Dated: August 1, 2019

2                                   *Lucy H. Koh*

3                                   LUCY H. KOH
                                    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 19-CV-02520-LHK
ORDER RE CONSOLIDATION OF MOTION TO DISMISS BRIEFING

United States District Court
Northern District of California