SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
MARTIN R. BADER, Cal. Bar No. 222865
MATTHEW W. HOLDER, Cal. Bar No. 217619
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691
E mail       skorniczky@sheppardmullin.com
             mbader@sheppardmullin.com
             mholder@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947
E mail       mscarborough@sheppardmullin.com
             msolouki@sheppardmullin.com

Attorneys for Plaintiff Continental
Automotive Systems, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>AVANCI, LLC, et al.,<br><br>Defendants. | Case No. 5:19-cv-2520-LHK<br><br>**DECLARATION OF BRIAN DROESSLER IN SUPPORT OF CONTINENTAL'S REPLY IN SUPPORT OF ITS MOTION FOR ANTI-SUIT INJUNCTION**<br><br>Hearing Date:  October 10, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

I, Brian Droessler, declare as follows:

1. I am an employee of Continental Automotive Systems, Inc. ("CAS"). I am the Head of Software and Connected Solutions in the Interior Division of Continental AG's Infotainment & Connectivity Business Unit. If called as a witness, I could and would competently testify to all facts within my personal knowledge.

## I. Corporate Structure

2. Continental Automotive Systems, Inc. is an indirect corporate subsidiary of Continental Automotive GmbH.

3. Similarly, Continental Automotive Hungary Ltd. is an indirect corporate subsidiary of Continental Automotive GmbH.

4. Continental Automotive GmbH is a direct, wholly-owned subsidiary of Continental Aktiengesellschaft ("Continental AG").

## II. Telematics Business

5. The global headquarters for Continental Group's Infotainment & Connectivity Business Unit, part of Continental's Interior Division, is located in Deer Park, IL. It is my understanding that Deer Park employees are part of CAS. CAS is primarily responsible for developing and commercializing Telematic Control Units ("TCUs") offered by the Continental Group.

6. In its role as global leader for the telematics business unit, CAS is also the headquarters for research and development related to TCUs for the Continental Group. CAS has over 130 employees (full or part time) responsible for development of the hardware and software platforms for each of the TCU products and TCU enabled products developed and sold by the Continental Group. This includes development of the generic platforms and configurations used for all TCUs sold to Daimler AG ("Daimler").

7. In support of the telematics business, CAS also coordinates research & development efforts of Continental affiliates around the globe. For example, CAS

receives further assistance in developing Continental's TCUs from teams in Romania, Mexico, China, Germany and Singapore, among others.

8. CAS also cooperates with Continental's Silicon Valley Research and Development Center located in San Jose, California. The Silicon Valley location focuses on research and advanced development projects with nearly all of the automotive OEMs' Silicon Valley advanced research centers. CAS supports the eventual series production telematics needs of these advanced projects.

9. In addition, CAS handles quality control aspects of the TCU business, obtains necessary certifications, conducts testing, handles the legal aspects involved in the TCU business (e.g., intellectual property and open source reviews), and handles the sourcing and purchasing of component parts making up the TCU. CAS employees have influence and authority (either directly or indirectly) in every bidding process with potential TCU customers as well as the sourcing of potential Network Access Device (NAD), chipset, and other component suppliers.

10. To ensure the TCUs sold to Daimler are properly designed for Daimler's vehicles, CAS employees regularly travel to Daimler's facilities to discuss TCU architecture and to review Daimler's technical requirements, and vice versa.

11. CAS also oversees the testing and production of TCUs by its affiliates throughout the Continental Group. This includes overseeing Continental Automotive Hungary Ltd.'s production of TCUs designed by CAS that will ultimately be sold to Daimler or Daimler's affiliates.

12. In bidding for TCU projects from Daimler, CAS employees work in conjunction with employees from Continental Automotive GmbH, which acts as a local customer interface with, and provides local engineering support to Daimler in Germany.

13. In some instances, the transactional flow of TCUs from Continental Group to Daimler involves direct sales from CAS to Daimler's U.S. subsidiary. In

1  other instances, TCUs are first sold in an intercompany transfer from CAS to
2  Continental Automotive GmbH, which then sells the TCU to Daimler.  In still other
3  cases, TCUs are sold directly from the affiliate responsible for manufacturing the
4  TCUs, such as Continental Automotive Hungary Ltd., to Daimler.  Regardless of the
5  precise contracting entities for a particular sale, the development,
6  commercialization, and sale of the TCUs is directed by CAS.
7       I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.

10      Executed this 9th day of August 2019, at Grayslake, IL            .

12                            By _____
13                                 Brian Droessler

-3-    Case No. 5:19-cv-2520-LHK
B. DROESSLER DECL. ISO REPLY RE MOTION FOR ANTI-SUIT INJUNCTION