UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, et al.,<br><br>Defendants. | Case No. 19-CV-02520-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Re: Dkt. No. 109 |

On July 31, 2019, Defendants Avanci LLC, Avanci Platform International Ltd. ("Avanci Defendants"), Nokia Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Nokia Technologies Oy ("Nokia Defendants"), and Conversant Wireless Licensing SARL ("Conversant") (collectively, "Moving Defendants") filed an administrative motion to continue by 120 days the initial case management conference currently scheduled for August 21, 2019. ECF No. 109 at 2. Moving Defendants seek to continue the initial case management conference until after the Court's ruling on Defendant Avanci, LLC's, Nokia Defendants', and Conversant's motion to change venue to the Northern District of Texas, which was filed on July 31, 2019 and is set to be heard on November 14, 2019. ECF No. 109 at 5. ECF No. 110 at Notice of Motion. Notably, Defendant Avanci Platform International Ltd. did not

join the motion to change venue even though Defendant Avanci Platform International Ltd. is one of the Moving Defendants seeking to continue the initial case management conference. *Id.*; ECF No. 109 at 2.

Furthermore, Moving Defendants seek to continue the initial case management conference until after the Court rules on a motion to dismiss, which has not yet been filed. ECF No. 109 at 4-5.

The instant litigation was filed on May 10, 2019. ECF No. 1. Under Federal Rule of Civil Procedure 16(b), a District Judge should issue a scheduling order in a case "as soon as practicable," and unless there is good cause for delay, the District Judge should issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." On June 11, 2019, Defendant Conversant entered its appearance, the first Defendant to do so in the instant case. ECF No. 27. As is, the August 21, 2019 initial case management conference, during which the Court intends to issue a scheduling order, takes place more than 60 days after Defendant Conversant entered its appearance. If the Court were to grant Moving Defendants' administrative motion to continue the initial case management conference by 120 days, this Court could not issue a scheduling order until well past Rule 16(b)'s deadlines.

Therefore, Moving Defendants' administrative motion to continue the initial case management conference and related deadlines is DENIED. ECF No. 109. The August 21, 2019 case management conference remains as set. The parties shall file a joint case management statement by August 14, 2019.

**IT IS SO ORDERED.**

Dated: August 12, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 19-CV-02520-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES