| | |
|---|---|
| Teresa T. Bonder (SBN 321558)<br>**ALSTON & BIRD LLP**<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone:   (415) 243-1000<br>Facsimile:   (415) 243-1001<br>teresa.bonder@alston.com<br><br>Ryan W. Koppelman (SBN 290704)<br>**ALSTON & BIRD LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:   (650) 838-2000<br>Facsimile:   (650) 838-2001<br>ryan.koppelman@alston.com | Mark A. McCarty (*pro hac vice* granted)<br>Matthew D. Richardson (*pro hac vice* granted)<br>John D. Haynes (*pro hac vice* granted)<br>Andrew J. Tuck (*pro hac vice* granted)<br>Cassandra Kerkhoff Johnson (SBN 300064)<br>**ALSTON & BIRD LLP**<br>1201 W. Peachtree St.<br>Atlanta, GA 30309<br>Telephone:   (404) 881-7000<br>Facsimile:   (404) 881-7777<br>mark.mccarty@alston.com<br>matt.richardson@alston.com<br>john.haynes@alston.com<br>andy.tuck@alston.com<br>cassie.johnson@alston.com |

*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy*

*(Counsel for additional defendants on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, SONY CORPORATION<br><br>      Defendants. | Case No. 19-cv-2520-LHK<br><br>**STIPULATION RE: CONSOLIDATED MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Lucy H. Koh |

## STIPULATION REGARDING CONSOLIDATED MOTION TO DISMISS BRIEFING SCHEDULE

Pursuant to the Court's August 12, 2019 order, dkt. no. 130, the parties hereby stipulate to file and brief a consolidated motion to dismiss, joined by all Defendants as follows:

1. Defendants may file the consolidated motion to dismiss on August 30, 2019.
2. Plaintiff may respond to the consolidated motion to dismiss on October 4, 2019.
3. Defendants may file a reply brief on October 25, 2019.
4. The hearing date is November 21, 2019.

DATED: August 21, 2019

*/s/ Matthew W. Holder*
Stephen S. Korniczky (Cal. Bar No. 135532)
skorniczky@sheppardmullin.com
Martin R. Bader (Cal. Bar No. 222865)
E mail mbader@sheppardmullin.com
Matthew W. Holder (Cal. Bar No. 217619)
mholder@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720.8900
Facsimile: (858) 509.3691

*Attorneys for Plaintiff Continental Automotive Systems, Inc.*

WINSTON & STRAWN LLP

    /s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler (pro hac vice)
jkessler@winston.com
Aldo A. Badini (SBN 257086)
abadini@winston.com
Susannah P. Torpey (pro hac vice)
storpey@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*/s/  Ryan W. Koppelman*
Ryan W. Koppelman (SBN 290704)
ALSTON & BIRD LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
ryan.koppelman@alston.com

Teresa T. Bonder (SBN 321558)
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone:  (415) 243-1000
Facsimile:  (415) 243-1001
teresa.bonder@alston.com

Mark A. McCarty (pro hac vice granted)
Matthew D. Richardson (pro hac vice granted)
John D. Haynes (pro hac vice granted)
Andrew J. Tuck (pro hac vice granted)
Cassandra Kerkhoff Johnson (SBN 300064)
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone:     (404) 881-7000
Facsimile:     (404) 881-7777
mark.mccarty@alston.com
matt.richardson@alston.com
john.haynes@alston.com
andy.tuck@alston.com
cassie.johnson@alston.com

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Jeanifer E. Parsigian (SBN 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendant Avanci, LLC*

*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy*

BAKER BOTTS LLP

   */s/ Jason G. Sheasby*
Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
H. Annita Zhong (SBN 266924)
hzhong@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Counsel for Defendants*
*Optis UP Holdings, LLC, Optis Wireless Technology, LLC, and Optis Cellular Technology, LLC*

*/s/ Christopher Kao*
Christopher Kao (SBN 237716)
christopher.kao@pillsburylaw.com
David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Specially Appearing for Defendant Sharp Corporation*

   */s/ James G. Kress*
James G. Kress (pro hac vice)
james.kress@bakerbotts.com
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Peter K. Huston (SBN 150058)
peter.huston@bakerbotts.com
Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
Tina V. Ngo (SBN 324102)
tina.ngo@bakerbotts.com
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Defendant Conversant Wireless Licensing SARL*

**FILER'S ATTESTATION**

I, Ryan W. Koppelman, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  August 21, 2019                    ALSTON & BIRD LLP

                                           By:    */s/ Ryan W. Koppelman*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019, I cause of a copy of this Stipulation to be served on all counsel of record via the Court's Electronic Filing system.

Dated: August 21, 2019

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (SBN 290704)
ALSTON & BIRD LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

ryan.koppelman@alston.com