1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., | Case No. 19-CV-02520-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| AVANCI, LLC, et al., | |
| Defendants. | |

Plaintiff's Attorneys: Stephen Korniczky, Martin Bader, Matthew Holder, and Michael Scarborough.
Defendants Avanci, LLC and Avanci Platform International Ltd.'s Attorneys: Aldo Badini, Ian Papendick, Jeanifer Parsigian.
Defendants Nokia Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks OY, and Nokia Technologies OY's Attorneys: Cassandra Johnson, Mark McCarty, Matthew Richardson, Ryan Koppelman, Teresa Bonder.
Defendant Conversant Wireless Licensing SARL's Attorneys: James Kress, Peter Huston.
Defendants Optis UP Holdings, LLC, Optis Cellular Technology, LLC, and Optis Wireless Technology, LLC's Attorney: Jason Sheasby.
Defendant Sharp Corp.'s Attorney: Christopher Kao.

        An initial case management conference was held on August 21, 2019. A further case management conference is set for December 18, 2019, at 2:00 p.m. The parties shall file their joint case management statement by December 11, 2019. In their joint case management statement, the parties shall propose limits on the number of testifying expert witnesses.

1

The parties shall file a proposed protective order by August 28, 2019 for the signature of United States Magistrate Judge Cousins.

The Defendants' request to stay discovery is denied.

The parties shall exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1) by September 11, 2019.

Plaintiff has 140 hours to depose non-expert witnesses associated with Defendants, and 60 hours to depose non-expert, non-party witnesses. Defendants collectively have 140 hours to depose non-expert witnesses associated with Plaintiff, and collectively have 60 hours to depose non-expert, non-party witnesses.

Federal Rule of Civil Procedure 33 shall govern the interrogatories each party may propound. Specifically, Federal Rule of Civil Procedure 33(a)(1) permits each party to propound at most twenty-five interrogatories on any other party.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Proposed Protective Order | August 28, 2019 |
| Deadline to Exchange Initial Disclosures | September 11, 2019 |
| Further Case Management Conference | December 18, 2019, at 2:00 p.m. |
| Last Day to Amend the Pleadings/Add Parties | February 3, 2020 |
| Close of Fact Discovery | December 11, 2020 |
| Opening Expert Reports | January 11, 2021 |
| Rebuttal Expert Reports | February 19, 2021 |
| Close of Expert Discovery | March 29, 2021 |
| Last Day to File Dispositive Motions (one per side in the entire case) | May 6, 2021 |
| Oppositions to Dispositive Motions | June 3, 2021 |
| Replies to Dispositive Motions | June 24, 2021 |
| Hearing on Dispositive Motions | July 15, 2021, at 1:30 p.m. |
| Final Pretrial Conference | September 30, 2021, at 1:30 p.m. |
| Bench Trial | October 15, 2021, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

2

1    Dated: August 21, 2019

2                                        _Lucy H. Koh_____

3                                        LUCY H. KOH
                                         United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 19-CV-02520-LHK
CASE MANAGEMENT ORDER