UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, SHARP CORPORATION,<br><br>    Defendants. | Case No. 19-cv-2520-LHK<br><br>[PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE |

Having considered the papers submitted in connection with the Parties' Motion to Dismiss Briefing Schedule, filed on August 21, 2019, the Court hereby SETS the following briefing schedule:

1. Defendants may file the consolidated motion to dismiss on August 30, 2019.
2. Plaintiff may respond to the consolidated motion to dismiss on October 4, 2019.
3. Defendants may file a reply brief on October 25, 2019.
4. The hearing date is November 21, 2019.

IT IS SO ORDERED.

Dated: __August 22, 2019__          _____*Lucy H. Koh*_____
                                     Hon. Lucy H. Koh
                                     United States District Judge