SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
MARTIN R. BADER, Cal. Bar No. 222865
MATTHEW W. HOLDER, Cal. Bar No. 217619
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:   858.720.8900
Facsimile:    858.509.3691
E mail         skorniczky@sheppardmullin.com
                 mbader@sheppardmullin.com
                 mholder@sheppardmullin.com

MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   415.434.9100
Facsimile:    415.434.3947
E mail         mscarborough@sheppardmullin.com
                 msolouki@sheppardmullin.com

Attorneys for Plaintiff Continental
Automotive Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>AVANCI, LLC, et al.,<br><br>Defendants. | **Case No. 5:19-cv-2520-LHK**<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 200, San Diego, CA 92130-4092.

On August 30, 2019, I served true copies of the following document(s) described as**:**

- **PLAINTIFF CONTINENTAL AUTOMOTIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [Unredacted ECF No. 28];**

- **ADDITIONAL EXHIBITS TO PLAINTIFF CONTINENTAL AUTOMOTIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [Unredacted ECF Nos. 30, 31]; and**

- **PLAINTIFF CONTINENTAL AUTOMOTIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [Unredacted ECF No. 127].**

Service was made on the interested parties in this action as follows:

PILLSBURY WINTHROP SHAW PITTMAN LLP
Christopher Kao
Christopher.kao@pillsburylaw.com
David Tsai
David.tsai@pillsburylaw.com

*Counsel for Sharp Corporation*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kgrauer@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2019, at San Diego, California.

*/s/ Kristina Grauer*
Kristina V. Grauer