CHRISTOPHER KAO (SBN 237716)
   christopher.kao@pillsburylaw.com
DAVID J. TSAI (SBN 244479)
   david.tsai@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile:  (415) 983-1200

*Specially Appearing for Defendant
Sharp Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, et al., <br><br> Defendants. | Case No. 19-cv-02520-LHK <br><br> **DEFENDANT SHARP CORPORATION'S NOTICE OF LETTER TO COURT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Counsel for Defendant Sharp Corporation hereby file, as Exhibit A, a true and correct copy of a letter from counsel to the Court regarding Plaintiff's Motion for an Anti-Suit Injunction (Dkt. No. 32) and Partial Withdrawal of the same (Dkt. No. 166).

Dated:  September 6, 2019      PILLSBURY WINTHROP SHAW PITTMAN LLP


                */s/ Christopher Kao*
                    Christopher Kao

Specially Appearing for Defendant
Sharp Corporation

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 6, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

Dated: September 6, 2019

_/s/ Christopher Kao_
Christopher Kao