UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVANCI, LLC, et al.,<br><br>Defendants. | Case No. 19-CV-02520-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION**<br><br>Re: Dkt. No. 32 |

On June 12, 2019, Plaintiff filed a motion for an anti-suit injunction against Defendants Avanci, LLC, Avanci Platform International Ltd., Nokia Corp., Nokia of America Corp., Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Nokia Technologies Oy, Conversant Wireless Licensing SARL ("Conversant"), Optis UP Holdings, LLC, Optis Cellular Technology, LLC, and Optis Wireless Technology, LLC (collectively, "Original Defendants"). ECF No. 32 ("Mot.").

On July 24, 2019, all Original Defendants except Conversant filed a consolidated opposition. ECF No. 102 ("Opp."). Plaintiff filed its reply on August 9, 2019. ECF No. 128 ("Reply").

On July 23, 2019, Plaintiff filed a first amended complaint that added Sharp Corp.

1
Case No. 19-CV-02520-LHK
ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION

United States District Court
Northern District of California

1  ("Sharp") as a Defendant. ECF No. 97.

2  On September 6, 2019, Sharp filed a letter that sought a court order to clarify whether Plaintiff's pending motion for anti-suit injunction can be directed to Sharp. ECF No. 172-1. Sharp argues that Plaintiff's motion for anti-suit injunction does not apply to Sharp because the deadline to file an opposition brief to Plaintiff's motion for anti-suit injunction was July 24, 2019, before Sharp was served on July 26, 2019, ECF No. 114, and before Sharp's counsel entered their appearances on August 16, 2019, ECF Nos. 138, 140.

It is unclear whether the motion for anti-suit injunction, and if granted, the anti-suit injunction, extends to Sharp. Plaintiff appears to believe that its motion for anti-suit injunction extends to Sharp. *See, e.g.*, Reply at 2 (stating that Plaintiff wishes to "obtain as expeditious a ruling as possible . . . given the acute risk that Nokia, Sharp, and possibly others will continue to employ abusive tactics in other jurisdictions while this motion remains pending"). However, the Court's limited resources would be unduly burdened if the Court were required to resolve an additional motion for anti-suit injunction directed solely at Sharp. In addition, the Court previously ordered Defendants to file a consolidated opposition, ECF No. 76 at 2, so it would be inequitable to allow Sharp to oppose a potential motion for anti-suit injunction directed solely at Sharp even though every other Defendant was ordered to file a consolidated opposition.

For the reasons stated above, the Court hereby DENIES without prejudice Plaintiff's motion for anti-suit injunction. If Plaintiff elects to do so, Plaintiff may refile a motion for anti-suit injunction that includes Sharp. The Court hereby ORDERS all Defendants that wish to file an opposition to Plaintiff's refiled motion for anti-suit injunction to do so in *one* consolidated opposition. The page limits set forth in the Civil Local Rules shall govern.

The Court also DENIES without prejudice the administrative motions to file documents under seal associated with the briefing on Plaintiff's motion for anti-suit injunction. *See* ECF Nos. 28, 30, 31, 101, 127.

**IT IS SO ORDERED.**

Dated: September 10, 2019

_____
LUCY H. KOH
United States District Judge

3
Case No. 19-CV-02520-LHK
ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION