# EXHIBIT A



**PACTECH LAW** P.C.

PacTech Law, P.C.
903 Calle Amancer #350
San Clemente, CA 92673

October 25, 2018

Ray Warren
Director of Licensing
Panoptis
7160 Dallas Parkway, Suite 250
Plano, Texas 75024
Email: rwarren@panoptis.com

**VIA EMAIL**

RE: *Panoptis Licensing Assertions Involving Continental Devices*

Dear Ray,

We represent Continental in connection with patent licensing issues, and request that you please send any future correspondence with Continental (or any of its affiliates or subsidiaries) on these issues by email to our attention.

We are writing further to the August 17, 2017 letter from Messrs. Bonn and Richter to Panoptis, Optis Cellular Technology LLC, Optis Wireless Technology LLC, Unwired Planet LLC and Unwired Planet Ltd (jointly "Panoptis"). As Continental stated in its prior letter, Continental is willing to take licenses to applicable standard essential patents, if any, which may be licensable by Panoptis. In your August 21, 2017 response to Messrs. Bonn and Richter, you indicated that Panoptis was not focused on licensing the CDMA technologies that had previously been raised with our customer. We separately had noted that Continental would appear to be licensed to some or all of Panoptis' portfolio by virtue of its pass-through rights associated with the use of Qualcomm chips.

In addition, Continental's subsidiary, Zonar, reached out to Panoptis on June 1, 2018 to note Panoptis' licensing efforts targeting one of Zonar's customers. As with Continental's August 17, 2017 letter, Zonar's June 1, 2018 letter communicated a willingness to work with Panoptis directly, and an invitation to negotiate directly to evaluate FRAND licensing terms. Panoptis did not accept this invitation, and has never contacted Zonar or Continental to pursue the requested FRAND discussions.

1

We have become aware that Panoptis is targeting yet another Continental customer, Hyundai. We are also aware that Hyundai has requested that Panoptis negotiate directly with Hyundai's suppliers, but that Panoptis has as yet chosen not to do so.

Continental writes to you now to convey, once again and unequivocally, that any alleged infringement issues with Continental devices should be addressed directly with Continental (and/or, as may be appropriate, Continental's suppliers). We stand willing to negotiate directly with Panoptis regarding a FRAND license for any applicable SEPs. Furthermore, and given Continental's willingness to address these issues directly with Panoptis, we request that Panoptis cease further engagement with our customers relating to Continental devices, and instead deal with Continental directly.

We request that Panoptis please confirm that it will pursue this course, and I look forward to working with you.

Best regards,

Dave Djavaherian
PacTech Law, P.C.

2