# EXHIBIT G

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL IN ENTIRETY