Teresa T. Bonder (SBN 321558)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone:      (415) 243-1000
Facsimile:      (415) 243-1001
teresa.bonder@alston.com

Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone:      (650) 838-2000
Facsimile:      (650) 838-2001
ryan.koppelman@alston.com

Mark A. McCarty (*pro hac vice* granted)
Matthew D. Richardson (*pro hac vice* granted)
John D. Haynes (*pro hac vice* granted)
Andrew Tuck (*pro hac vice* granted)
Cassandra Kerkhoff Johnson (SBN 300064)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone:      (404) 881-7000
Facsimile:      (404) 881-7777
mark.mccarty@alston.com
matt.richardson@alston.com
john.haynes@alston.com
andy.tuck@alston.com
cassie.johnson@alston.com

*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANCI, LLC, AVANCI PLATFORM INTERNATIONAL LIMITED, NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CONVERSANT WIRELESS LICENSING SARL, OPTIS UP HOLDINGS LLC, OPTIS CELLULAR TECHNOLOGY, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, <br><br> Defendants. | Case No. 19-cv-2520-LHK <br><br> **NOTICE REGARDING COMPLAINCE WITH COURT'S DECEMBER 2, 2019 ORDER** |

1    On December 2, 2019, this Court entered an Order denying without prejudice the Nokia Defendants' administrative motion to file under seal the Fourth Declaration of Lasse Holopainen ("Holopainen Declaration").  (ECF No. 198.)  The Court further ordered the "Nokia Defendants to meet and confer with Continental and Zonar to determine whether Continental and Zonar want the Holopainen Declaration to be sealed."  (*Id.* at 2.)  In compliance with the Court's Order, the Nokia Defendants have conferred with Continental and Zonar regarding the redacted material at issue.  Continental and Zonar represented that they do not consider the redacted material contained in the Holopainen Declaration to be confidential and therefore do not object to the material being filed in the public record.  As a result, the Nokia Defendants provide the Court with a fully un-redacted version of the Fourth Holopainen Declaration, attached hereto as Exhibit A.

DATED: December 4, 2019             Respectfully submitted,


*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 838-2000
Facsimile:     (650) 838-2001
ryan.koppelman@alston.com

Teresa T. Bonder (SBN 321558)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone:  (415) 243-1000
Facsimile:  (415) 243-1001
teresa.bonder@alston.com


Mark A. McCarty (*pro hac vice* granted)
Matthew D. Richardson (*pro hac vice* granted)
John D. Haynes (*pro hac vice* granted)
Andrew J. Tuck (*pro hac vice* granted)
Cassandra Kerkhoff Johnson (SBN 300064)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309
Telephone:    (404) 881-7000
Facsimile:     (404) 881-7777
mark.mccarty@alston.com

---
NOTICE REGARDING COMPLIANCE WITH COURT'S DECEMBER 2, 2019 ORDER
Case No. 19-cv-2520-LHK
1

1
2
3
4
5

matt.richardson@alston.com
john.haynes@alston.com
andy.tuck@alston.com
cassie.johnson@alston.com

*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, and Nokia Technologies Oy*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28